NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6378 / Fax: 702.388.6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00665-BNW |
| Plaintiff, | **Motion to Dismiss the Complaint Without Prejudice** |
| v. | |
| MIGUEL MANJAREZ-ONTIVEROS, | |
| Defendant. | |

The single-count Complaint in this case charges Defendant Miguel Manjarez-Ontiveros with *Deported Alien Found in the United States*, in violation of 1 U.S.C. § 1326(a) and (b). The defendant has not yet appeared in this case. Based on a thorough review of the evidence and the history and characteristics of the defendant, the Government has concluded that the interests of justice require dismissal of the Complaint at this time. Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests permission of the Court to dismiss without prejudice the Complaint.

Respectfully submitted this 9th day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL MANJAREZ-ONTIVEROS,<br><br>    Defendant. | Case No. 2:20-mj-00665-BNW<br><br>**Order of Dismissal of the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Complaint against Defendant Miguel Manjarez-Ontiveros.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 14th day of September, 2020.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE